IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION DIVISION

| | | |
|---|---|---|
| IN RE: TERRY FLYE<br>SONIA WASHINGTON-FLYE<br><br>DEBTOR(S) | §<br>§<br>§<br>§<br>§ | CASE NO: 04-36208-H1-4<br><br><br><br>CHAPTER 13 |

ENTERED
03/25/2009

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$2,896.21** owed to **FORD MOTOR CREDIT COMPANY** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the 25th day of March 2009.

_____
DEPUTY CLERK

58

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: TERRY FLYE<br>SONIA WASHINGTON-FLYE<br><br>DEBTOR(S) | §<br>§<br>§<br>§<br>§ | CASE NO: 04-36208-H1-4<br><br><br>CHAPTER 13 |

### UNCLAIMED FUNDS

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| FORD MOTOR CREDIT COMPANY<br>DRAWER 55-953<br>PO BOX 55000<br>DETROIT, MI 48255-0001 | 5 | $2,896.21 |
| **TOTAL FOR UNCLAIMED FUNDS** | | **$2,896.21** |